[No. 1903. Decided February 8, 1896.]

THE STATE OF WASHINGTON, *Respondent,* v. A. J. KROENERT, *Appellant.*

CRIMINAL LAW — CASTING SAWDUST INTO FISH STREAMS.

Shingle mills, as well as sawmills, are contemplated by Penal Code, § 282, which provides that if the owner or manager of a saw-mill permits sawdust to be cast into a stream where fish resort to spawn, he shall be deemed guilty of a misdemeanor. (HOYT, C. J., dissents.)

Appeal from Superior Court, Chehalis County.— Hon. MASON IRWIN, Judge. Affirmed.

*J. C. Cross,* for appellant.

*J. B. Bridges,* Prosecuting Attorney, for The State.

The opinion of the court was delivered by

DUNBAR, J.—The appellant was convicted in the superior court of Chehalis county of permitting saw-dust to be cast into the Chehalis river, said river be-ing alleged to be a stream in the State of Washington where fish resorted to spawn. The contention of the appellant is that the evidence is not sufficient to jus-tify the verdict. The evidence may not have been of the most convincing kind, but its sufficiency having been passed upon by the trial judge, who refused the appellant's motion for a non-suit, and by the jury who were sworn to try the cause, we do not feel justified in setting aside the verdict, although the testimony might not be sufficient to convince the minds of the members of this court of the guilt of the defendant.

There is nothing in the contention of the appellant that a shingle mill was not contemplated by the stat-ute (Penal Code, § 282); the object was to protect fish

against sawdust, and a mill that saws shingles and thereby makes sawdust cannot be distinguished; so far as the law for the protection of fish is concerned, from a mill that makes sawdust in sawing any other commodity.

The judgment will be affirmed.

GORDON and SCOTT, JJ., concur.

HOYT, C. J., dissents.